

# Fourth Court of Appeals
## San Antonio, Texas

January 26, 2023

No. 04-22-00776-CR

**EX PARTE** Juan Carlos **DAVILA GONZALEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10502CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

Appellant's reply brief is currently due on January 30, 2023. On January 25, 2023, appellant file an unopposed motion requesting a 30-day extension of time to file his brief. We GRANT the motion and ORDER appellant to file his reply brief by **March 1, 2023**. Further requests for extensions of time will be disfavored.

It is so **ORDERED** on January 26, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT